# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

RAUL EVARIZ

**Defendant**

Citation No(s): 9471308 / 9471309

Docket No: 22-mj-1484   Location MY11

Note: MDCLA below means an 18 USC §13 assimilated offense under Maryland Code Criminal Law Article. Offense occured on special territorial jurisdiction of US at Fort Detrick, MD.

\* \* \* \* \* \* \* \* \* \* \*

**PLEA AGREEMENT**

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| MDCLA 4-203a1(ii) | DISMISS | | | |
| 18 USC 930 | DISMISS | | | |

TOTAL DUE: $

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278
(or you may pay online at www.cvb.uscourts.gov)

☐ Waive Initial Appearance
☐ Continue for Payment
☐ Set for Trial
☑ Dismissed by the Government

☐ Continue to Obtain License
☐ Continue to Retain Attorney
☐ New Court Date: _____ at: _____ a. m.

COMMENTS: DISMISS (note that defendant has voluntarily forfeited the weapon/ammo)

_____
Defendant's Signature

_____
Attorney for Defendant

*Jeffrey B Miller* (signature) JEFFREY B Miller
Special Assistant U.S. Attorney

05/16/2022
Date

Original – Court     Yellow – Defendant     Pink – AUSA